## WILLIAM ROBISON AND HUGH ROBISON MARTIN, MERCHANTS IN COMPANY UNDER THE FIRM OF ROBISON & MARTIN
### v.
### GABRIEL GODFROY, JR.

1810

#### JOURNAL ENTRIES

1. Declaration filed; rule to plead; continuance   .  *Journal, infra,* \*p. 321
2. Discontinuance .   .   .   .   .   .   .   .   .   .   .   "   352

#### PAPERS IN S. C. FILE

1. Writ of habeas corpus and return   .   .   .   .   .   .   .
2. Declaration .   .   .   .   .   .   .   .   .   .   .

#### PAPERS IN D. C. FILE

1. Capias and return .   .   .   .   .   .   .   .   .   .   .